**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JENNIFER AVERY,**

      **Plaintiff,**

  **v.**                                **Civil Action 2:26-cv-162**
                                       **Judge Edmund A. Sargus, Jr.**
                                       **Magistrate Judge Chelsey M. Vascura**

**EXEL INC.,** *et al.*,

      **Defendants.**

### <u>ORDER</u>

This matter is before the Court on Plaintiff's Notice of Dismissal Without Prejudice to the Individual Defendant (ECF No. 4), which the Court construes as a motion to drop a party under Federal Rule of Civil Procedure 21. For good cause shown, the motion is **GRANTED**. Defendant Jenny Brandies Sander is **DISMISSED** from this action **WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

                         /s/ *Chelsey M. Vascura*
                         CHELSEY M. VASCURA
                         UNITED STATES MAGISTRATE JUDGE